UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA KOWECK, | Case No.: 2:24-CV-12265-TGB-APP |
| Plaintiff, | |
| v. | Judge Terrence G. Berg<br>Magistrate Judge Anthony P. Patti |
| SCOTT ANDREW RENNER, an individual; VELO ASSOCIATES PLC, a domestic professional limited liability company, d/b/a VELO LAW OFFICE, d/b/a VELO LAW, D/B/A VELO GROUP, d/b/a VELO COLLECT, D/B/A VLO, d/b/a SEVENTY FIFTY CAPITAL; and GREAT LAKES CIVIL SERVICES, INC., | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jessica Koweck ("Plaintiff") and Defendants Scott Andrew Renner, Velo Associates PLC, and Great Lakes Civil Services, Inc. ("Defendants") (collectively, the "Parties"), through their respective counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), stipulate and agree that this action be dismissed as to all Defendants with prejudice. The Parties shall bear their own legal fees and costs.

Stipulated and Agreed, on January 28, 2026:

/s/ Charity A. Olson (*w/consent 1-28-26*)
Charity A. Olson
OLSON LAW GROUP
P.O. Box 708
Saline, MI 48176
(734) 255-6908
colson@olsonlawpc.com
*Counsel for Defendants*

/s/ John A. Evanchek
John A. Evanchek
Curtis C. Warner (*Of Counsel*)
KELLEY & EVANCHEK, PC
43695 Michigan Ave
Canton, Michigan 48188
(734) 397-4540 (Main Office)
John@kelawpc.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA KOWECK, | Case No.: 2:24-CV-12265-TGB-APP |
| Plaintiff, | |
| v. | Judge Terrence G. Berg |
| | Magistrate Judge Anthony P. Patti |
| SCOTT ANDREW RENNER, an individual; VELO ASSOCIATES PLC, a domestic professional limited liability company, d/b/a VELO LAW OFFICE, d/b/a VELO LAW, D/B/A VELO GROUP, d/b/a VELO COLLECT, D/B/A VLO, d/b/a SEVENTY FIFTY CAPITAL; and GREAT LAKES CIVIL SERVICES, INC., | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' stipulation and being fully advised in the premises thereof, hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.


Date: January 28, 2026          s/Terrence G. Berg_____
                                Hon. Judge Terrence G. Berg